AARON D. FORD
  Attorney General
NATHAN M. CLAUS (Bar No. 15889)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

STEPHEN R.F. KERN JR.,

          Plaintiff,

v.

SHARP, *et al.*,

          Defendants.

Case No.  2:24-cv-02422-GMN-EJY

**ORDER GRANTING STIFULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, Stepehen Kern, and Interested Party, Nevada Department of Corrections (NDOC), by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

//

DATED this ___9___th of January, 2026.          DATED this 9th of January, 2026.

/s/ _Stephen R.F. Kern_
Stephen R.F. Kern, #66648
Plaintiff Pro se

ATTORNEY GENERAL'S OFFICE

/s/ Nathan M. Claus, Esq.
NATHAN M. CLAUS
Deputy Attorney General
Nevada Bar No. 15889
Attorneys for Defendants

ORDER

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED ___1·9_____, 2026.

IT IS FURTHER ORDERED that the Application for Leave to Proceed in forma pauperis, (ECF No. 1), is DENIED as moot.

DATED this _10_ day of February, 2026.

_____
Gloria M. Navarro, District Judge
UNTIED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on ⁄⁄ 9 _____, 2026, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Stephen Kern, #66648
High Desert State Prison
P.O. Box 650
Indian Springs, Nevada 89070
Email: HDSP_LawLibrary@doc.nv.gov
*Plaintiff, Pro Se*

/s/_____
, an employee of the
Office of the Nevada Attorney General